NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRTGEN AMERICA, INC.,**
*Appellant*

**v.**

**CATERPILLAR INC.,**
*Cross-Appellant*

---

2024-1802

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01397.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    WIRTGEN AMERICA, INC. V. CATERPILLAR INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

October 22, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 22, 2024